IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFETY-KLEEN SYSTEMS, INC., | : | CIVIL ACTION NO. CV-02-3565 |
| Plaintiff, | : | |
| v. | : | |
| DON PENNELL, | : | |
| Defendant. | : | |

### UNCONTESTED MOTION OF PLAINTIFF, SAFETY-KLEEN SYSTEMS, INC. FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL

Plaintiff, Safety-Kleen Systems, Inc., by and through its associate counsel, Stradley, Ronon, Stevens & Young, LLP, hereby submits this uncontested motion to allow the special admission of Jeffrey S. Patterson, Esquire, of the law firm Nelson, Mullins Riley & Scarborough, L.L.P. to participate actively in all phases of this matter, including pre-trial, trial and any post-trial proceedings in this case. In support of this motion, Plaintiff relies upon and incorporates the attached memorandum of law and the arguments set forth therein.

**WHEREFORE**, Plaintiff, Safety-Kleen Systems, Inc. respectfully requests that

this Court specially admit Mr. Patterson to this Court and that he be permitted to participate actively in all phases in this action, including all pre-trial, trial, and post-trial proceedings before this Court.

                                                  _____
                                                  Jason K. Cohen
                                                  Identification No. 82444
                                                  **STRADLEY, RONON, STEVENS & YOUNG, LLP**
                                                  2600 One Commerce Square
                                                  Philadelphia, PA  19103-7098
                                                  (215) 564-8000

                                                  Attorneys for Plaintiff,
                                                  Safety-Kleen Systems, Inc.

Of Counsel:

**NELSON MULLINS RILEY &**
  **SCARBOROUGH, L.L.P.**
151 Meeting Street
Suite 600
P.O. Box 1806
Charleston, SC  29401


DATED:  October 14, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFETY-KLEEN SYSTEMS, INC., | : | CIVIL ACTION NO. CV-02-3565 |
| Plaintiff, | : | |
| v. | : | |
| DON PENNELL, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this    day of        , 2002, upon consideration of the uncontested motion of Plaintiff, Safety-Kleen Systems, Inc. for special admission of out-of-state counsel, Jeffrey S. Patterson, Esquire, of the law firm of Nelson Mullins Riley & Scarborough, L.L.P.

For good cause shown;

It is hereby **ORDERED** that Plaintiff's motion for special admission is **GRANTED**; and

It is **FURTHER ORDERED** that Jeffrey S. Patterson, Esquire of the law firm of Nelson Mullins Riley & Scarborough, L.L.P. is permitted to participate actively in all phases of this litigation, including all pre-trial, trial and post-trial proceedings before this Court.

_____
                                                                                                  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFETY-KLEEN SYSTEMS, INC., | : | CIVIL ACTION NO. CV-02-3565 |
| Plaintiff, | : | |
| v. | : | |
| DON PENNELL, | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW OF PLAINTIFF SAFETY-KLEEN
SYSTEMS, INC. IN SUPPORT OF ITS UNCONTESTED MOTION
FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL**

Plaintiff, Safety-Kleen Systems, Inc. by and through its associate counsel, Stradley, Ronon, Stevens & Young, LLP, submits this memorandum of law in support of its uncontested motion to allow the special admission of Jeffrey S. Patterson, Esquire, of the law firm of Nelson Mullins Riley & Scarborough, L.L.P.

Plaintiff has retained Stradley, Ronon, Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA, 19103 to serve as associate counsel of record in this case. The law firm of Nelson Mullins Riley & Scarborough, L.L.P. has been retained as primary counsel. In view of the nature of this action, Plaintiff seeks to have its primary counsel Jeffrey S. Patterson, Esquire participate fully in all phases of this action, including pre-trial, trial and post-trial proceedings. Counsel for defendant, Timothy Duffy, has consented to this motion.

Jeffrey S. Patterson is an associate at Nelson Mullins Riley & Scarborough, L.L.P. He is an active member of the South Carolina bar. Mr. Patterson is admitted to practice before the United States District Court for the District of South Carolina. He is a member in good standing and is eligible to practice in all of the courts listed above.

In view of Plaintiff's relationship with the law firm of Nelson Mullins Riley & Scarborough, L.L.P. and the nature of this action, it is in Plaintiff's best interests for Mr. Patterson to participate actively in the preparation and trial of this action.

## CONCLUSION

For all the foregoing reasons, Plaintiff, Safety-Kleen Systems, Inc. respectfully requests that this Court specially admit Jeffrey S. Patterson to this Court, and that he be permitted to participate in all phases of this action, including all pre-trial, trial and post-trial proceedings.

                                              _____
                                              Jason K. Cohen
                                              Identification No. 82444
                                              STRADLEY, RONON, STEVENS & YOUNG, LLP
                                              2600 One Commerce Square
                                              Philadelphia, PA   19103-7098
                                              (215) 564-8000

                                              Attorneys for Plaintiff,
                                              Safety-Kleen Systems, Inc.

Of Counsel:

**NELSON MULLINS RILEY &**
  **SCARBOROUGH, L.L.P.**
151 Meeting Street
Suite 600
P.O. Box 1806
Charleston, SC  29401

2

# **CERTIFICATE OF SERVICE**

       I, Jason K. Cohen, Esquire hereby certify that on October 14, 2002, I caused a copy of the foregoing to be served by United States mail, first class postage prepaid upon the following:

>Sherry A. Swirsky, Esquire
>Schnader, Harrison, Segal & Lewis, LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA  19103-7286
>
>Timothy A. Duffy, Esquire
>Kirkland & Ellis
>Aon Center
>200 East Randolph Drive
>Chicago, Illinois 60601
>
>*Attorneys for Defendant*
>*Don R. Pennell*

                                                                                         _____

                                                                                         Jason K. Cohen