<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  OCTOBER 24, 2002        NO. 02-3565

CASE CAPTION: SAFETY-KLEEN SYSTEMS, INC.
                           vs.
              DON R. PENNELL

1. TRIAL COUNSEL            FOR PLAINTIFF: A. JENKINS
                                           C. BLACKBURN

                            FOR DEFENDANT: S. SWIRSKY
                                           T. DUFFY

2. STATUS OF CASE: PLAINTIFF SEEKS TO ENFORCE COVENANT NOT TO COMPENSATE; $65,000.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF    :
        DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                    SO ORDERED:


                                    _____
                                         CHARLES R. WEINER