IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFETY-KLEEN SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. CV-02-03565 |
| v. ) | |
| ) | |
| DON R. PENNELL, ) | |
| ) | |
| Defendant. ) | |

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to Federal Rule of Civil Procedure 56(c), and for the reasons set forth in the accompanying memorandum of law in support of this motion and the exhibits thereto, which are fully incorporated herein by reference, defendant Don R. Pennell moves for summary judgment in his favor on all counts of the complaint of plaintiff Safety-Kleen Systems, Inc.

Dated: February 24, 2003                        Respectfully submitted,

_____
Sherry A. Swirsky (PA I.D. No. 27814)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone:    (215) 751-2182
Facsimile:    (215) 972-7475

Timothy A. Duffy
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:    (312) 861-2445
Facsimile:    (312) 861-2200

ATTORNEYS FOR DEFENDANT
DON R. PENNELL