**CERTIFICATE OF SERVICE**

       I, Sherry A. Swirsky, hereby certify that true and correct copies of the foregoing Defendant's Motion for Summary Judgment, Defendant's Memorandum of Law in Support of His Motion for Summary Judgment, the exhibits thereto, and proposed Order were furnished by hand delivery (Philadelphia) and facsimile and overnight delivery (South Carolina) to:

| | |
|---|---|
| Jason K. Cohen, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098 | Matthew D. Patterson, Esquire<br>Nelson Mullins Riley & Scarborough, L.L.P.<br>Liberty Building, Suite 600<br>151 Meeting Street<br>Charleston, South Carolina 29401 |
| Jeffrey S. Patterson, Esquire<br>Nelson Mullins Riley & Scarborough, L.L.P.<br>Keenan Building, Third Floor<br>1330 Lady Street<br>Columbia, South Carolina 29201-3332 | |

this 24th day of January, 2003.

_____
Sherry A. Swirsky (PA I.D. No. 27814)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone:   (215) 751-2182
Facsimile:   (215) 972-7475