Venezia, Leonard D. Jr.
page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3            CIVIL ACTION NO. CV-02-03565
 4      ----------------------------
 5   SAFETY-KLEEN SYSTEMS, INC.,
 6
 7          Plaintiff,
 8
 9          v.
10
11   DON R. PENNELL,
12
13          Defendant.
14   ----------------------------
15            Philadelphia, Pennsylvania
16            Thursday, October 24, 2002
17
18            Transcript of testimony of LEONARD
19
20   D. VENEZIA, JR., as taken by and before
21
22   DENISE M. PITCHFORD, Federally-Approved
23
24   Registered Professional Reporter and
25
26   Commissioner of Deeds of the Commonwealth
27
28   of Pennsylvania, at the offices of
29
30   STRADLEY RONON STEVENS & YOUNG, LLP, 2600
31
32   One Commerce Square, commencing at 12:15
33
34   o'clock in the afternoon.
35
36
37
```

Venezia, Leonard D. Jr.
page 10

```
 1   lists that you were given by your company,
 2   and three is an EPA haz-waste report?
 3        A.    Right.
 4        Q.    Any other ways that you can
 5   think of?
 6        A.    No, not for me -- again,
 7   personally for me, no.
 8        Q.    Now, this initial contract
 9   list that you referred to, tell me what
10   that is.
11        A.    That would be a list provided
12   by the company on Safety-Kleen customers
13   that were under contract that was, I
14   believe, placed originally by Safety-Kleen
15   on the Internet when they filed their
16   bankruptcy.
17        Q.    Have you ever seen this on the
18   Internet?
19        A.    I did not see it on the
20   Internet.
21        Q.    Were you involved in any way
22   with placing it on the Internet?
23        A.    Not at all.
```

Venezia, Leonard D. Jr.
page 11

```
 1          Q.    Were you involved in any way
 2   with retrieving it from the Internet?
 3          A.    Not at all.
 4          Q.    When did you first receive a
 5   copy of the contract list?
 6          A.    Probably late January, early
 7   February.
 8          Q.    How long had you been working
 9   with Crystal Clean at that point in time?
10          A.    Two weeks, three weeks.
11          Q.    What was your understanding
12   with regard to what you were supposed to
13   do with that contract list?
14          A.    It was more or less as a lead
15   list when we would go to visit customers.
16   It was to be used to make sales calls.
17          Q.    Did you use the list to make
18   sales calls?
19          A.    Yes.
20          Q.    Did you -- strike that.
21                Approximately how many
22   businesses on the list do you think that
23   you visited?
```

Venezia, Leonard D. Jr.
page 33

```
 1   to 75 customers that your branch presently
 2   services, how many of those customers
 3   previously used Safety-Kleen for their
 4   parts washer service?
 5        A.   It's probably about a -- I'm
 6   going to guess and say it's about a 60/40
 7   mix.  60 percent previous maybe
 8   Safety-Kleen customers, 40 percent not.
 9        Q.   When was the last time or date
10   that you were employed with Safety-Kleen?
11        A.   January 18th, '02.
12        Q.   When was the first time you
13   had discussions with anyone about coming
14   to work at Crystal Clean?
15        A.   That would have been probably
16   in late November -- I'm sorry, no.  No, it
17   was probably mid December of '01.
18        Q.   And who did you first have
19   discussions with about going to work at
20   Crystal Clean?
21        A.   John Lucks.
22        Q.   Tell me what led to those
23   discussions.
```