1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                          * * *

 4     SAFETY-KLEEN SYSTEMS, INC.   :  CIVIL ACTION
                                    :
 5          vs.                     :
                                    :
 6     DON R. PENNELL               :  NO. CV-02-03565

 7                          * * *

 8                     JANUARY 31, 2003

 9                          * * *

10             Oral deposition of MARTIN SILVER, taken

11     pursuant to notice, was held at the law offices of

12     SCHNADER HARRISON SEGAL & LEWIS, 1600 Market Street,

13     Suite 3600, Philadelphia, Pennsylvania 19103,

14     beginning at 9:00 a.m., before McKinley Wise, a

15     Registered Professional Reporter and an approved

16     Reporter of the United States District Court.

17

18                          * * *

19

20

21

22              ESQUIRE DEPOSITION SERVICES
                1880 John F. Kennedy Boulevard
23                      15th Floor
                Philadelphia, Pennsylvania 19103
24                    (215) 988-9191
```

MARTIN SILVER - 1/31/03                              46

1      could have solicited 500 other customers that
2      weren't Safety-Kleen customers; correct?
3              MR. FOSTER:  Objection.
4          Argumentative.
5              Answer the question if you can.
6      A.   I don't even --
7              MR. FOSTER:  I don't know how you
8          can answer that but just --
9      A.   So if you ask it again --
10  BY MR. SLADE:
11     Q.   I'll ask it a different way.
12          Is it fair to say, Mr. Silver, that
13  you don't know how many customers Mr. Pennell has
14  solicited that aren't Safety-Kleen customers?
15     A.   No.
16     Q.   It's not fair to say that?
17     A.   I have no idea how many customers or
18  facilities he has walked in.
19     Q.   I'm going to try it one more time.
20          Mr. Silver, can you identify any
21  specific occasions on which Mr. Pennell has
22  actually used Safety-Kleen confidential
23  information in his job at Crystal Clean?
24              MR. FOSTER:  I'll object to the

MARTIN SILVER - 1/31/03                          47

1       form.
2               Do your best.
3       A.      Specifically, I don't know of any
4   specific customers where -- I don't believe I know
5   of any specific customers where Don Pennell has
6   given trade confidential secrets to, information
7   to.
8   BY MR. SLADE:
9       Q.      Mr. Silver, are you aware that Mr.
10  Pennell and Safety-Kleen entered into a severance
11  agreement when Safety-Kleen fired him?
12              MR. FOSTER:  Object to the form.
13      A.      Am I aware that there was a
14  severance agreement?  I was aware that Don was
15  offered a severance agreement.
16  BY MR. SLADE:
17      Q.      Perhaps I'll ask a broader question.
18      A.      All right.
19      Q.      What is the scope of your knowledge
20  about Mr. Pennell's severance agreement?
21      A.      Don told me that he had -- he was
22  given a severance package to review.  He was also
23  given the opportunity to seek employment within
24  the company if he chose.  And I believe that he

ESQUIRE DEPOSITION SERVICES